ALICE S. STEVENS, as Administratrix with the Will Annexed of CHARLES G. BANKS, Deceased, Appellant, v. FRANCES M. NYE et al., Respondents.— On the court's own motion, the decision of this court handed down January 18, 1954 (ante, p. 666), is amended by striking therefrom the decretal paragraph and by substituting therefor the following: Order of the County Court of Westchester County reversed on the law, with costs to appellant; final order of the City Court of New Rochelle vacated, and new hearing granted. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ.

■

BLANCHE MARGOLES, Respondent, v. BEN MARGOLES, Appellant.— Motion for stay denied, without costs. (See Civ. Prac. Act, § 597.) Present — Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ.

■

MAGNUS STENDER, Respondent, v. G. S. BLODGETT Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court properly made? Present — Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ. [See 282 App. Div. 963.]

■

HARVEY VAUGHN, Respondent, v. MANUEL MIRABAL, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Wenzel and Beldock, JJ.; Murphy, J., not voting.

■

JOSEPHINE BONDI, Appellant, v. JACOB KRAMER, Respondent.— Plaintiff, a tenant in a multiple dwelling, brought this action to recover damages for personal injuries alleged to have been sustained when she fell down a stairway therein. The complaint was dismissed at the end of the case, and plaintiff appeals from the judgment entered thereon. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [See post, p. 799.]

■

LYMAN R. BRADLEY, Appellant, v. NEW YORK UNIVERSITY, Respondent.— In an action to recover salary as an associate professor and to recover severance pay under a contract of employment, plaintiff appeals from an order which granted defendant's motion, and denied his cross motion, for summary judgment, and from the judgment entered thereon. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, MacCrate, Schmidt and Beldock, JJ.; Nolan, P. J., not voting. [See post, p. 724.]